

285 Passaic Street
Hackensack, NJ 07601
tel: 201.282.6500 ext. 254
fax: 201.282.6501
mjringelheim@rclawgroup.com
www.rclawgroup.com

March 15, 2017

Hon. Judge Dalton Jr.

**VIA ECF**

RE:    Notice of Settlement of <u>Doni Mason v Helvey & Associates, Inc.</u>
       5:17-cv-00022-RBD-PRL

Your Honor:

     We represent Plaintiff in the above referenced action.  We are pleased to report that the parties have reached an agreement to settle this case.

     Accordingly, the Parties request that the Court cancel any upcoming deadlines and mark the matter to be dismissed with prejudice.

     Respectfully yours,

     */s/Michael Jay Ringelheim*
     Michael Jay Ringelheim, Esq.