**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**DONI MASON,**

        **Plaintiff,**

**v.**                                                                       **Case No:   5:17-cv-22-Oc-37PRL**

**HELVEY & ASSOCIATES, INC.,**

        **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the notification of settlement (letter) filed March 15, 2017 (Doc 7) indicating that this case has settled.   Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   All pending motions are denied as moot and all deadlines are terminated.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** at Orlando, Florida this 17th day of March, 2017.

                                                ROY B. DALTON JR.
                                                United States District Judge

Copies:         Counsel of Record